HOUSEHOLD SEWING MACHINE COMPANY, Appellant, *v.* MARY ELLEN VAUGHN et al., Respondents, et al.

(Submitted December 4, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made July 3, 1888, which affirmed a judgment in favor of the defendants entered upon a decision of the court on trial at Special Term.

*Edward F. Wellington* for appellant.

*Parker & Drake* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.